MICHAEL L. RUGEN (Bar. No. 85578)
WILLIAM J. HAPIUK (Bar. No. 220574)
MICHAEL E. LIFTIK (Bar No. 232430)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Bar. No. 85084)
PHILIP K. HWANG (Bar. No. 185070)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, No. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Attorneys for Plaintiff
ROSEBELL NJERI MUNYUA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROSEBELL NJERI MUNYUA, | NO. C 03-4538 EDL |
|---|---|
| Plaintiff, | E-FILING CASE |
| v. | ~~STIPULATION OF~~ DISMISSAL AND [~~PROPOSED~~] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

~~IT IS HEREBY STIPULATED AND AGREED~~ that pursuant to the terms of that certain "Stipulation and Agreement of Compromise and Settlement" executed by and between Plaintiff Rosebell Njeri Munyua, her daughters Carolyne Njeri Munyua and Damaris Nicole Munyua, and Defendant United States of America, Plaintiff hereby stipulates that, upon the full execution of the certain "Stipulation and Agreement of Compromise and Settlement," the above-entitled action shall be dismissed with prejudice. This dismissal shall apply to all claims asserted in the above-entitled action and any claim that could have been asserted in the above-entitled action, including all claims on behalf of plaintiff's children, Carolyne Njeri Munyua and Damaris Nicole Munyua, including claims

1

of discrimination based on violations of civil and/or constitutional rights and any claims under the Federal Tort Claims Act ("FTCA") and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971) ("*Bivens*"), arising out of or relating to the events from March 5, 2001.

DATED: March 31st, 2005         By *Rosebell Munyua*
                                ROSEBELL NJERI MUNYUA
                                Plaintiff

~~PURSUANT TO THE ABOVE STIPULATION, APPROVED AND~~ IT IS SO ORDERED:

DATED: June 20, 2005            By _____
                                ELIZABETH D. LAPORTE
                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER,
CASE NO. C 03-4538 EDL

2